IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ROD GARRETT BORGERSEN, | § |
| Petitioner, | § |
| V. | § No. 3:13-cv-1271-P |
| WILLIAM STEPHENS, Director<br>Texas Department of Criminal Justice,<br>Correctional Institutions Division, | § |
| Respondent. | § |

## ORDER

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

Petitioner's motion for default judgment [Dkt. No. 13] is DENIED.

SO ORDERED this 14th day of August, 2013

_____
JORGE A. SOLIS
UNITED STATES DISTRICT JUDGE